IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID LIBRACE,

     Appellant,

v.

WILLIAM CHESTER COLE,
Deceased, and PATRICIA COLE,
and JOHN C. COLE.

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5220

Opinion filed May 3, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

David Librace, pro se, Appellant.

Ryan M. Barnett of Whibbs, Stone, Barnett, P.A., Pensacola for Appellee Patricia
Cole.

PER CURIAM.

     AFFIRMED.

ROBERTS, CJ., LEWIS and RAY, JJ., CONCUR.